UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, )
        Plaintiff )
)
v. )
) CIVIL ACTION NO.
) 05-30169-KPN
)
GERRY K. ALLEN and )
ANN M. ALLEN, )
)
)
        Defendants )

**NOTICE OF COMPLAINT FOR APPROVAL OF MORTGAGE FORECLOSURE
IN ACCORDANCE WITH THE SOLDIERS' AND SAILORS'
CIVIL RELIEF ACT OF 1940**

TO:    Gerry K. Allen
        634 Leyden Road
        Greenfield, MA 01301

        Ann M. Allen
        17 I Street
        Turners Falls, MA 01376

and to all persons entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act of 1940.

The United States of America is the holder of a mortgage of real property with statutory power of sale, at 634 Leyden Road, Greenfield, Franklin County, Massachusetts, as follows. The mortgage was given by Gerry K. Allen and Ann M. Allen to the Farmers Home Administration, is dated July 22, 1988, and is recorded in Book 2243 at Page 231 of the Franklin County Registry of Deeds.

The Farm Service Agency ("FSA") is successor to the Farmers Home Administration, United States Department of Agriculture.

The United States has filed in the United States District Court for the District of Massachusetts a complaint for authority under the Soldiers' and Sailors' Civil Relief Act of 1940 to foreclose the mortgage by entry and possession and by the exercise of a power of sale contained in the mortgage.

If you are entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act of 1940 and object to a foreclosure of the mortgage, you (or your attorney) should file an appearance and an answer in the United States District Court on or before sixty (60) days from the date of service or you may forever barred from claiming that the foreclosure is invalid under the Soldiers' and Sailors' Civil Relief Act of 1940.

DATED: July 20, 2005

                                                      Clerk

                                  By: _____
                                             DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff<br><br>v.<br><br>GERRY K. ALLEN and<br>ANN M. ALLEN,<br><br>    Defendants | )<br>)<br>)<br>)   CIVIL ACTION NO. 05-30169-KPN<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF COMPLAINT FOR APPROVAL OF MORTGAGE FORECLOSURE IN ACCORDANCE WITH THE SOLDIERS' AND SAILORS' CIVIL RELIEF ACT OF 1940

TO:   Gerry K. Allen
      634 Leyden Road
      Greenfield, MA 01301

      Ann M. Allen
      17 I Street
      Turners Falls, MA 01376

and to all persons entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act of 1940.

The United States of America is the holder of a mortgage of real property with statutory power of sale, at 634 Leyden Road, Greenfield, Franklin County, Massachusetts, as follows. The mortgage was given by Gerry K. Allen and Ann M. Allen to the Farmers Home Administration, is dated July 22, 1988, and is recorded in Book 2243 at Page 231 of the Franklin County Registry of Deeds.

The Farm Service Agency ("FSA") is successor to the Farmers Home Administration, United States Department of Agriculture.

The United States has filed in the United States District Court for the District of Massachusetts a complaint for authority under the Soldiers' and Sailors' Civil Relief Act of 1940 to foreclose the mortgage by entry and possession and by the exercise of a power of sale contained in the mortgage.

If you are entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act of 1940 <u>and</u> object to a foreclosure of the mortgage, you (or your attorney) should file an appearance and an answer in the United States District Court on or before sixty (60) days from the date of service or you may forever barred from claiming that the foreclosure is invalid under the Soldiers' and Sailors' Civil Relief Act of 1940.

DATED: July 20, 2005

                                    Clerk

By: _____
       DEPUTY CLERK