UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>          Plaintiff     )<br>     )<br>v.     )<br>     )<br>GERRY K. ALLEN and     )<br>ANN M. ALLEN,     )<br>     )<br>          Defendants     ) | CIVIL ACTION NO.  05-30169-KPN |

## ORDER AUTHORIZING MORTGAGE FORECLOSURE

Upon the attached affidavit of service of notice by the Farm Service Agency, and no person entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act of 1940 having appeared to object to a foreclosure of the mortgage given by Gerry K. Allen and and M. Allen to the United States, acting through the Farmers Home Administration, which is dated July 22, 1988 and was recorded in Book 2243 at Page 231 of the Franklin County Registry of Deeds,

IT IS ORDERED that the United States of America is authorized under the Soldiers' and Sailors' Civil Relief Act of 1941 to make an entry and to sell the mortgaged property in accordance with the powers contained in the mortgage.


Dated: _____                          _____
                                                                               UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff<br><br>v.<br><br>GERRY K. ALLEN and<br>ANN M. ALLEN,<br>        Defendants | )<br>)<br>)<br>)   CIVIL ACTION NO. 05-30169-KPN<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE OF NOTICE

The United States of America, acting through the Farm Service Agency, United States Department of Agriculture:

(1) published a copy of the NOTICE in The Reporter, a newspaper published in Greenfield, Massachusetts, on August 16, 2005, and The Reporter having a general circulation in the Town of Greenfield, Massachusetts.

(2) mailed by certified mail on August 10, 2005 a copy of the NOTICE to each of the defendants at the following addresses:

> Gerry K. Allen
> 634 Leyden Road
> Greenfield, MA  01301
>
> Ann M. Allen
> 17 I Street
> Turners Falls, MA  01376

(3) recorded a certified copy of the NOTICE on December 19, 2005 in Book 5015, Page 244 in the Franklin County Registry of Deeds.

_Jane A. Rice_
Jane A. Rice
Agriculture Specialist
Farm Service Agency

Commonwealth of Massachusetts

                            ss.

County of Hampshire

On this 24th day of January, 2006, before me, the undersigned Notary Public, personally appeared Jane A. Rice, proved to me through personal knowledge, to be the person whose name is signed on the preceding document in my presence, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of her knowledge and belief.



Christine S. Laprade
Notary Public

My Commission expires March 30, 2012