UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff | )<br>)<br>) |
| v. | ) CIVIL ACTION NO. 05-30169-KPN |
| GERRY K. ALLEN and<br>ANN M. ALLEN,<br>　　　　　Defendants | )<br>)<br>)<br>)<br>) |

## ORDER AUTHORIZING MORTGAGE FORECLOSURE

Upon the attached affidavit of service of notice by the Farm Service Agency, and no person entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act of 1940 having appeared to object to a foreclosure of the mortgage given by Gerry K. Allen and and M. Allen to the United States, acting through the Farmers Home Administration, which is dated July 22, 1988 and was recorded in Book 2243 at Page 231 of the Franklin County Registry of Deeds,

IT IS ORDERED that the United States of America is authorized under the Soldiers' and Sailors' Civil Relief Act of 1941 to make an entry and to sell the mortgaged property in accordance with the powers contained in the mortgage.

Dated: June 27, 2006

UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE